**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BOBBIE WELDON,

      Plaintiff,

v.

CITY OF PONTIAC, C. TUCKER (#487),
TONYA WHITE (#689), WOODMORE,
GLAZER, MISTRETTA, ELINSKI, and
K. HAYES, in their individual and official
capacities,

      Defendants.
_____/

CASE NO. 07-13849
HON. LAWRENCE P. ZATKOFF

## **ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**

On December 12, 2007, the Court entered an Order extending Plaintiff's summons and permitting Plaintiff to effectuate service on Defendants Woodmore and White. Defendants filed a motion for the Court to reconsider its decision in that Order. Defendants' motion is denied.

To succeed on their motion, Defendants must demonstrate a "palpable defect by which the court and the parties have been misled" and that "correcting the defect will result in a different disposition of the case." E.D. Mich. LR 7.1(g)(3). Defendants assert that the Court erred because Defendant Woodmore is no longer employed by the Pontiac Police Department. The Court does not find that this is a palpable defect that merits a different disposition on the issue of alternate service. The Court's Order merely made it permissible for Plaintiff to serve Defendant Woodmore through alternate means, and did not foreclose the possibility of serving him through traditional means. Indeed, Plaintiff should do so if possible as a matter of sound practice to avoid later attacks on the propriety of service. Thus, Defendants' motion is DENIED.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: December 19, 2007

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 19, 2007.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290